UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIR CHUKWU,<br><br>　　Petitioner,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>　　Respondent. | Case No. 2:24-cv-10457-SB-DFM<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

　　Petitioner Sir Chukwu, proceeding pro se, filed a habeas petition on December 2, 2024, without paying the required filing fee or submitting a request to proceed in forma pauperis (IFP). Dkt. No. 1. On December 4, 2024, the clerk's office notified Petitioner of the deficiency, provided an IFP form application (CV-60P), directed Petitioner to either pay the filing fee or submit an IFP request within 30 days, and noted that failure to do so within 30 days may result in dismissal. Dkt. No. 2. The deadline has passed, and Petitioner has not paid the fee or filed an IFP request.

　　Moreover, the notice of the deficiency and a subsequent notice issued the following week were returned undelivered. Dkt. Nos. 4, 5. Local Rule 41-6 requires a pro se litigant to keep the Court informed of his current address and permits the Court to dismiss an action when mail served on the litigant is returned undeliverable and the litigant has not filed a notice of change of address. If Petitioner intends to prosecute this case, he must ensure that the Court is promptly notified of his current address.

　　By no later than February 14, 2025, Petitioner is ordered to (1) file a notice of change of address and (2) either pay the filing fee or file form CV-60P requesting to proceed IFP. Failure to do so will result in the dismissal of this case without prejudice.

Date: January 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1