JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIR CHUKWU,<br><br>    Petition,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>    Respondents. | Case No. 2:24-cv-10457-SB-DFM<br><br>ORDER OF DISMISSAL |

    Petitioner Sir Chukwu, a self-represented litigant, filed a habeas petition on December 2, 2024, but neither paid the filing nor requested to proceed in forma pauperis (IFP). Dkt. No. 1. On December 4, 2024, the clerk's office advised Petitioner of these issues, warning that failing to pay the filing fee or submit an IFP request within 30 days might result in dismissal. Dkt. No. 2. The notice from the clerk's office, and a subsequent filing, were served on Petitioner at his address of record but were returned as undeliverable. Dkt. Nos. 4, 5. On January 24, 2024, after Petitioner failed to take any action, the Court issued an order to show cause (OSC). Dkt. No. 6. The Court noted that Local Rule 41-6 requires pro se litigants to keep the Court apprised of their current address and ordered Petitioner to file a notice of change of address and either pay the filing fee or file an IFP request by February 14, 2025, warning that "[f]ailure to do so will result in dismissal of this case without prejudice." *Id*. On February 11, 2025, mail serving the OSC was returned as undeliverable. Dkt. No. 7.

    The deadline has passed, and Petitioner has not complied with the OSC. Accordingly, as warned, and as authorized by Rule 41-6,[1] the Court dismisses this case without prejudice. The clerk shall close the case.

Date: March 7, 2025

                                             Stanley Blumenfeld, Jr.
                                             United States District Judge

---

[1] "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address . . . the Court may dismiss the action." L.R. 41-6.